Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 23 2016

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Melvin Alejandro VARELA-Perez

**CRIMINAL COMPLAINT**

Case Number: C-16-1189 m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 13, 2016** in **Hidalgo** County, in the
(Date)

Southern District of Texas defendant, **Melvin Alejandro VARELA-Perez**

did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo County which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States

in violation of Title **8** United States Code, Section(s) **1325**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

On September 22, 2016 Melvin Alejandro VARELA-Perez was countered at the Sarita, Texas Border Patrol Checkpoint. Border Patrol agents determined VARELA to be a citizen and national of El Salvador with no immigration documents to be or remain in the United States legally. VARELA self-admitted of being a MS-13 Gang Member. Record checks also revealed he has a criminal record from El Salvador. VARELA stated that he entered the United States illegally by crossing the Rio Grande River on or about September 13, 2016 near Hidalgo, Texas. VARELA entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. RGV North Prosecutions presented the facts to AUSA Mark Patterson who agreed to prosecute VARELA for violation of Title 8 USC 1325, Illegal Entry into the United States.

Sworn to before me and signed in my presence,
and probable cause found on:

Signature of Complainant
**Kenneth Howard**
Printed Name of Complainant

**September 23, 2016**                     at          Corpus Christi, Texas
Date                                                    City and State

**Jason B. Libby , U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

U.S. Department of Homeland Security