United States District Court
Southern District of Texas
**ENTERED**
September 26, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:16-MJ-1189 |
| | § | |
| MELVIN ALEJANDRO VARELA-PEREZ | § | |

## ORDER APPOINTING CJA COUNSEL

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, Attorney **Alicia G. Cuellar** is appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case. An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

The Arraignment and Detention hearing is scheduled for: **September 29, 2016 at 9:00 a.m.,** before United States Magistrate Judge Jason Libby. Counsel will be notified electronically via CM/ECF.

Counsel is reminded to review the CJA Plan for the Southern District of Texas, available on the Court's website. In particular, Section VII.D states that "Appointed Counsel may not require, request, or accept any payment or promise of payment or any other valuable consideration for representation under the appointment, unless such payment is approved by order of the court."

ORDERED this 26th day of September, 2016.

_____
Jason B. Libby
United States Magistrate Judge