UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                 Case Number: 2:16−mj−01189

Melvin Alejandro Varela−Perez

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Jason B Libby

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:** 10/27/2016

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing
Sentencing


Date:    October 21, 2016

David J. Bradley, Clerk